**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| CALINDA SHULL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:23-cv-00049-DCLC-CHS |
| vs. | ) | |
| | ) | |
| SANOFI US SERVICES INC. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

Plaintiff Calinda Shull and Defendants Sanofi U.S. Services, Inc. and sanofi-aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement, which will include the instant case, as well as other cases in the multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including August 26, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: March 6, 2024

Respectfully submitted,

By: */s/ Matthew E. DePaz*
Matthew E. DePaz
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mdepaz@shb.com

1

Erin E. Steelman
Kyle W. Eisenstein
Miller & Martin, PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, TN 37402
Phone: 423-756-6600
Fax: 423-785-8480
erin.steelman@millermartin.com
Kyle.eiselstein@millermartin.com

*Attorneys for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all CM/ECF participants.

*/s/ Matthew E. DePaz*

4889-8201-3353